`                          **UNPUBLISHED**

                    UNITED STATES COURT OF APPEALS
                       FOR THE FOURTH CIRCUIT


                            No. 06-6996


GRADY EDWARD LLOYD,

                                          Plaintiff - Appellant,

          versus


WILLIE   L.   EAGLETON,   Warden;   JOETTE   D.
SCARBOROUGH,    Assistant    Director     of
Institutional Classification; ARTHUR HOUSTON,
State Classification,

                                          Defendants - Appellees.


Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   David C. Norton, District Judge.
(9:05-cv-02314-DCN)


Submitted: October 17, 2006            Decided: October 20, 2006


Before NIEMEYER, KING, and DUNCAN, Circuit Judges.


Affirmed in part, vacated in part by unpublished per curiam
opinion.


Grady Edward Lloyd, Appellant Pro Se.  Edgar Lloyd Willcox, II,
WILLCOX, BUYCK & WILLIAMS, PA, Florence, South Carolina, for
Appellees.


Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Grady Edward Lloyd appeals from the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lloyd v. Eagleton, No. 9:05-cv-02314-DCN (D.S.C. May 16, 2006). However, because Lloyd's action was dismissed upon a grant of summary judgment to the Defendants, we vacate the district court's order to the extent it assessed a strike for purposes of 28 U.S.C. § 1915(g) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART,
VACATED IN PART

- 2 -